# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., | |
| Plaintiffs, | |
| | Case No. 09-1696 (PJS/JSM) |
| v. | |
| | **PERMANENT INJUNCTION AND** |
| BRYSON CHRISTENSEN, | **ORDER** |
| | **OF DISMISSAL** |
| Defendant. | |

Pursuant to the Settlement Agreement entered into by and between Plaintiff ADT Security Services, Inc. ("ADT"), and Defendant Bryson Christensen ("Christensen") (collectively, the "Parties"), and upon consideration of the Parties' consent to the entry of this Stipulated Permanent Injunction, it is hereby ORDERED and DECREED that a Permanent Injunction shall issue on the following terms:

    a.    Christensen, his agents, servants, employees, officers, attorneys, successors, and assigns, and all persons aiding and abetting, acting in concert or conspiracy with Defendant or on his behalf, by any means, including but not limited to door to door solicitation, telephone calls, faxes, electronic mail messages, or any other means of communication, are PERMANENTLY ENJOINED from:

    (1)    making any false or misleading statements about ADT concerning any relationship between ADT and Pinnacle or any other company;

6413166v1

2

(2) making any false or misleading statement or a statement that is likely to or intended to confuse an ADT Customer or Potential Customer regarding the function, performance, capabilities, specifications, features, requirements, reliability, availability, origin, sponsorship, approval, or design of any ADT equipment, alarm systems, or services or misrepresent to any ADT Customer or Potential Customer that such Customer's security system or ADT's services are deficient in any way;

(3) making any false or misleading statement or a statement that is likely to or intended to confuse an ADT Customer or Potential Customer into believing that ADT no longer is doing business or has curtailed its services in any manner; and/or

(4) making any false or misleading statement or a statement that is likely to or intended to confuse an ADT Customer or Potential Customer into believing that ADT was purchased, merged with, associated with, sponsored by, connected to, affiliated with or related to any company, including but not limited to, Pinnacle Security LLC.

b. Notwithstanding the provisions of this Stipulated Permanent Injunction, no provision of this injunction shall be construed so as to prevent CHRISTENSEN from engaging in legitimate sales practices or from fairly competing against ADT. Moreover, nothing herein shall be construed so as to prevent CHRISTENSEN from making true and accurate statements regarding ADT, its services, products, or affiliations.

6413166v1

2. This action shall be dismissed with prejudice upon entry of this Order, but the Court will retain jurisdiction to enforce the terms of this Order and the Settlement Agreement.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 30, 2009               s/Patrick J. Schiltz
                                       Patrick J. Schiltz
                                       United States District Judge